UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



JTH TAX, INC. d/b/a
LIBERTY TAX SERVICE,

                Plaintiff,

v.                                                          Civil No. 2:14cv556

VALARIE-ANN KELLY,

                Defendant.

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for JTH Tax, Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and /or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Liberty Tax, Inc.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for JTH Tax, Inc. in the above captioned action, certifies that there are no parents, trusts, subsidiaries and /or affiliates of said party that have issued shares or debt securities to the public.

                                    JTH TAX, INC. d/b/a LIBERTY TAX SERVICE

                        By: _____
                                Brett A. Spain (VSB No. 44567)
                                Gary A. Bryant (VSB No. 27558)
                                COUNSEL FOR JTH TAX, INC.
                                 d/b/a LIBERTY TAX SERVICE
                                WILLCOX & SAVAGE, P.C.
                                440 Monticello Avenue, Ste. 2200
                                Norfolk, Virginia 23510
                                Telephone: (757) 628-5500
                                Facsimile: (757) 628-5566
                                bspain@wilsav.com
                                gbryant@wilsav.com

I-1296366.1