UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**JTH TAX, INC. d/b/a**
**LIBERTY TAX SERVICE,**

      **Plaintiff,**

Case No. 2:14cv556

**v.**

**VALARIE-ANN KELLY**

      **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JTH Tax, Inc. d/b/a Liberty Tax Service, hereby voluntarily dismisses this entire action against Defendant, Valarie-Ann Kelly, with prejudice.  This notice of dismissal is filed before the Defendant has filed an answer or summary judgment motion.

Dated:  December 16, 2014

Respectfully submitted,

/s/
Brett A. Spain (VSB No. 44567)
Gary A. Bryant (VSB No. 27558)
Counsel for Plaintiff
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue
Wells Fargo Center, Ste. 2200
Norfolk, Virginia 23510
(757) 628-5500 Telephone
(757) 628-5566 Facsimile
bspain@wilsav.com
gbryant@wilsav.com

I-1304806.1